**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SVANACO, INC., <br><br> Defendant. | Civil Action No. 2:17-CV-130-JRG-RSP <br><br> LEAD CASE |
| BIGCOMMERCE, INC., <br><br> Defendant. | Civil Action No. 2:17-cv-160-JRG-RSP |

**EXPRESS MOBILE, INC.'S NOTICE OF COMPLIANCE FOR AMENDED
INFRINGEMENT CONTENTIONS AND INITIAL AND ADDITIOANL DISCLOSURES**

Plaintiff Express Mobile, Inc. ("Express Mobile") hereby gives Notice that on August 29, 2017, it has served Defendant BigCommerce, Inc. the Initial and Additional Disclosures pursuant to Paragraph 1&3 of the Discovery Oder entered in this matter on August 9, 2017(Dkt. 49), and the Amended Infringement Contentions upon Defendant's counsel of record via electronic mail.

Dated: August 30, 2017

                                                                                                                              DEVLIN LAW FIRM LLC

                                                                                                                              By: */s/ Robert Kiddie*
Robert Kiddie
Texas Bar No. 24060092
rkiddie@devlinlawfirm.com
Timothy Devlin
tdevlin@devlinlawfirm.com
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

BRENT COON & ASSOCIATES, P.C.
Mary C. Jacob
Texas Bar No. 24072165
mary.jacob@bcoonlaw.com
300 Fannin St., Suite 200
Houston, Texas 77002
Telephone: (713) 225-1682
Facsimile: (713) 225-1785

*Attorneys for Plaintiff*
  *Express Mobile, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 30, 2017.

                                                                 */s/ Robert Kiddie*
                                                                 Robert Kiddie