**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., | |
|     Plaintiff, | |
| v. | No. 2:17-CV-00130-JRG-RSP |
| SVANACO, INC., | (Lead) |
|       Defendant. | No. 2:17-CV-00160-JRG-RSP |
| | (Consolidated) |
| BIGCOMMERCE, INC., | |
|       Defendant. | |

## <u>ORDER</u>

In light of *In re BigCommerce, Inc.*, No. 2018-122 (Fed. Cir. May 15, 2018), the Court

**STAYS** this case until further notice.

**SIGNED this 17th day of May, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE