**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SVANACO, INC.,<br><br>    Defendant. | No. 2:17-CV-00130-JRG-RSP<br>(Lead) |
| BIGCOMMERCE, INC.,<br><br>    Defendant. | No. 2:17-CV-00160-JRG-RSP<br>(Consolidated) |

**DECONSOLIDATION AND TRANSFER ORDER**

The Court **GRANTS** BigCommerce, Inc.'s Amended Motion to Dismiss for Improper Venue [Dkt. # 13], **GRANTS** the parties' Joint Motion and Stipulation Regarding Transfer to the United States District Court for the Northern District of California [Dkt. # 35], and **DENIES** BigCommerce's Motion to Transfer Pursuant to 28 U.S.C § 1404(a) [Dkt. # 19] as **MOOT**. Accordingly, the Court **ORDERS** the District Clerk to (1) deconsolidate these cases; (2) following deconsolidation, **immediately** transfer Case No. 2:17-CV-00160-JRG-RSP to the United States District Court for the Northern District of California; and (3) close Case No. 2:17-CV-00130-JRG-RSP.

**SIGNED this 29th day of May, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE